IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **JASON SHAUN HILL and JOSHUA GORDON**, Individually, and on behalf of themselves and on behalf of all other similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>**CARTER DISTRIBUTING COMPANY, INC.,** a Tennessee Corporation,<br>**PREMIUM BRANDS, INC.,** a Tennessee Corporation, **BOB MONROE, MIKE DENTON** and,<br>**BLAIR CARTER,** Individually,<br><br>Defendants. | Case No: 1:17-cv-00340 |

## NOTICE OF FILING SETTLEMENT AGREEMENT AND PROPOSED ORDER ON JOINT MOTION

Pursuant to this Court's Order of June 10, 2019 [Doc. 36], Defendants are hereby submitting to this Court a copy of the Settlement Agreement entered into by the Parties in this matter and a Proposed Order on the Parties' Joint Motion for Approval of Settlement and Entry of Order of Dismissal with Prejudice. The Settlement Agreement is attached hereto as Attachment A. The Proposed Order is attached hereto as Attachment B.

*/s/* Justin L. Furrow
Justin L. Furrow, TN BPR No. 027667
W. Matthew Wayne, TN BPR No. 035681
**CHAMBLISS, BAHNER & STOPHEL, P.C.**
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
Tel: 423.757.0221
Fax: 423.508.1221
jfurrow@chamblisslaw.com
mwayne@chamblisslaw.com

*Attorneys for Defendants.*

## **CERTIFICATE OF SERVICE**

    I do hereby certify that the foregoing **Notice of Filing Settlement Agreement and Proposed Order on Joint Motion** has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    This 17th day of June, 2019.

                                CHAMBLISS, BAHNER & STOPHEL, P.C.

                                By:   /s/ Justin L. Furrow
                                       Justin L. Furrow