**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| **JASON SHAUN HILL and JOSHUA GORDON**, Individually, and on behalf of themselves and on behalf of all other similarly situated current and former employees, | |
| Plaintiffs, | Case No: 1:17-cv-00340 |
| v. | |
| **CARTER DISTRIBUTING COMPANY, INC.,** a Tennessee Corporation, **PREMIUM BRANDS, INC.,** a Tennessee Corporation, **BOB MONROE, MIKE DENTON** and, **BLAIR CARTER,** Individually, | |
| Defendants. | |

## NOTICE OF FILING FULLY EXECUTED SETTLEMENT AGREEMENT

Pursuant to this Court's Order of June 19, 2019 [Doc. 38], Defendants are hereby submitting to this Court a fully executed copy of the Settlement Agreement entered into by the Parties in this matter. The Settlement Agreement is attached hereto as Attachment A.

/s/ Justin L. Furrow
Justin L. Furrow, TN BPR No. 027667
W. Matthew Wayne, TN BPR No. 035681
**CHAMBLISS, BAHNER & STOPHEL, P.C.**
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
Tel: 423.757.0221
Fax: 423.508.1221
jfurrow@chamblisslaw.com
mwayne@chamblisslaw.com

*Attorneys for Defendants.*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that the foregoing **Notice of Filing Fully Executed Settlement Agreement** has been filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

This 16th day of July, 2019.

CHAMBLISS, BAHNER & STOPHEL, P.C.

By:___/s/ Justin L. Furrow___
      Justin L. Furrow