IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **JASON SHAUN HILL and JOSHUA GORDON**, Individually, and on behalf of themselves and on behalf of all other similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>**CARTER DISTRIBUTING COMPANY, INC.,** a Tennessee Corporation, **PREMIUM BRANDS, INC.,** a Tennessee Corporation, **BOB MONROE, MIKE DENTON** and, **BLAIR CARTER,** Individually,<br><br>Defendants. | Case No: 1:17-cv-00340 |

## ORDER ON JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a motion, "Joint Motion for Approval of Settlement and Entry of Order of Dismissal with Prejudice," [Doc. 35]. The Court has reviewed the Settlement Agreement in camera. The Court finds that the settlement is fair and reasonable and that it is a reasonable compromise of the parties' claims. Specifically, it fairly and reasonably compromises each party's interests, benefits, and rights.

Accordingly, the motion is GRANTED, and this case in its entirety is DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to close this case.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

/s/ J. Russ Bryant
Gordon E. Jackson, Esq., BPR #08323
James L. Holt, Jr., Esq., BPR #12123
J. Russ Bryant, Esq., BPR #33830
Paula R. Jackson, Esq., BPR #20149
**JACKSON, SHIELDS, YEISER & HOLT**
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
gjackson@jsyc.com
jholt@jsyc.com
rbryant@jsyc.com
pjackson@jsyc.com
*Attorneys for Plaintiffs*


/s/ Justin L. Furrow
Justin L. Furrow, TN BPR No. 027667
W. Matthew Wayne, TN BPR No. 035681
**CHAMBLISS, BAHNER & STOPHEL, P.C.**
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
Tel: 423.757.0221
Fax: 423.508.1221
jfurrow@chamblisslaw.com
mwayne@chamblisslaw.com

*Attorneys for Defendants.*


So ordered.

ENTER:

[signature]

J. RONNIE GREER
UNITED STATES DISTRICT JUDGE